THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CRAIG H. MISSAKIAN
Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0757
    Facsimile: (213) 894-6436
    E-Mail: craig.missakian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-1035(A)-RGK |
| Plaintiff, | ORDER RE EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| XAVIER ALVAREZ, | |
| Defendant. | |

NOTE: CHANGES MADE BY THE COURT

Based on the Stipulation of the parties filed herein and good cause appearing, the Court Finds and Orders as follows:

(1) The trial in this matter is hereby continued to May 6, 2008 at **9:00 a.m.**

(2) The government filed a first superseding information that will add one additional charge of violating 18 U.S.C. § 704. Defendant's counsel desires additional time to review the discovery related to this new charge and to prepare her defense to this new charge and to the existing charge and believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.  The government does not object to the continuance.

      b)   Defendant has filed a motion to dismiss the indictment which the Court has taken under submission.  Once that motion is decided, the defense may or may not file certain pre-trial motions and needs additional time to consider the Courts' ruling and prepare any such motions, including motions in limine.

   (3)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence:

      i.   The time period of December 21, 2007 to the date on which the Court decides defendant's pending is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because it constitutes a delay resulting from a pretrial motion from the filing of the motion through the hearing on or other prompt disposition of the motion.

      ii.   The time period of March 18, 2008 to May 6, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   (4)  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate

that additional time periods are excludable from the period within which trial must commence.

 (5) Defendant shall appear in the Courtroom of the Honorable R. Gary Klausner on **May 6, 2008 at 9:00 a.m.**

DATED: April 7, 2008

                      HONORABLE R. GARY KLAUSNER
                      UNITED STATES DISTRICT JUDGE