THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CRAIG H. MISSAKIAN
Assistant United States Attorney
California State Bar Number: 125202
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0757
    Facsimile: (213) 894-0141
    E-Mail: craig.missakian@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-1035-RGK |
| Plaintiff, | GOVERNMENT'S RESPONSE TO PSR AND POSITION RE SENTENCING |
| v. | |
| XAVIER ALVAREZ, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Craig H. Missakian hereby submits its response to the presentence report and position re sentencing.

//
//
//
//

## Government's Position

The government's position regarding sentencing is based on the final Guideline Presentence Report and Recommendation submitted herein, the pleadings and papers on file with the Court, and any argument of counsel at the hearing of this matter that the Court may request. The government has no objections to either the Probation Department's final Guideline Presentence Report and Recommendation or the guidelines calculations submitted by the probation officer. In accordance with the plea agreement, the government recommends that defendant receive a sentence of probation. Beyond that, the government asks that the Court impose a two-year term of probation and a requirement that defendant perform one day (8 hours) of community service per week during that term of probation at the Veterans Administration Hospital facility in Loma Linda, California. If defendant is truly remorseful, as he claims, giving one day a week to serve those who served this country is a small price to pay for defendant's conduct.

DATED: July 9, 2008

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

            /s/
CRAIG H. MISSAKIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America