FILED

NOV 26 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 08-50345 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:07-CR-01035-RGK-1<br>Central District of California, |
| v. | Los Angeles |
| XAVIER ALVAREZ, | ORDER |
| Defendant - Appellant. | |



The transcripts were due October 27, 2008. The appellant has informed the court that as of November 25, 2008, the transcripts for the May 5 and July 21, 2008 hearings have not been filed. The district court docket notes proceedings on those dates reported by Court Reporter Lynn Smith Nicholson and confirms the appellant's representation regarding the reporter's default.

Within 21 days from the entry of this order, Court Reporter Lynn Smith Nicholson shall file the transcripts, file a motion for extension of time to do so, or inform the court in writing of any barriers to transcript production.

tah/Pro Mo

If the reporter has previously filed transcripts for all hearings she reported or if the reporter did not report any proceedings in this case, she shall notify this court and the court reporter supervisor in writing.

The appellant shall inform this court by letter within 35 days from entry of this order if the original transcripts have not been filed in the district court. *See* 9th Cir. R. 11-1.2.

In the absence of further information regarding an incomplete record, the following briefing schedule shall govern: the opening brief is due January 28, 2009; the answering brief is due February 27, 2009; and the optional reply brief is due 14 days from service of the answering brief.

This order shall be provided to the court reporter and Chief Deputy Clerk Theresa Doty at the district court.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10
