

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## RECORD TRANSMITTAL FORM FOR SEALED DOCUMENTS

Date: _____

| | | | |
|---|---|---|---|
| To: | **U.S. Court of Appeals for the Ninth Circuit** Office of the Clerk 95 Seventh Street San Francisco, California 94103 | **Attention:** ☐ Civil ☐ Criminal ☐ Docketing ☐ Records Unit | |

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, California 90012

D C No. _____  Appeals No. _____

Short Title _____

Sealed documents in _____ envelopes  ☐ under seal

Sealed documents in _____ Boxes  ☐ under seal

Other:

*Note:* *Please return sealed documents in same manner as received.*

By _____
Deputy Clerk

Acknowledgment: _____  Date: _____

A-22 (09/08)

**APPEALS TRANSMITTAL LETTER**
SEALED DOCUMENT(S)